

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00328-CR

**SAMUEL RUSHTON KEATOR,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 335th District Court
Burleson County, Texas
Trial Court No. 14,919**

## ABATEMENT ORDER

Samuel Rushton Keator perfected this appeal from his conviction for possession with intent to deliver a controlled substance. This Court has not issued an opinion or mandate in the appeal. Keator has since died, and this Court received documents verifying his death. Keator's death during the pendency of his criminal appeal deprives this Court of jurisdiction. *Freeman v. State*, 11 S.W.3d 240 (Tex. Crim. App. 2000). The proper action is permanent abatement of the appeal. *See* TEX. R. APP. P. 7.1(a)(2).

Accordingly, this appeal is permanently abated.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal Permanently Abated
Opinion delivered and filed January 11, 2017
Do not publish
[CR25]

